IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RMAIL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>Defendants. | Civil Action No. 2:10-cv-258-JRG<br>(Lead Case)<br><br>Hon. Rodney Gilstrap |
| RMAIL LIMITED, RPOST COMMUNICATIONS LIMITED, and RPOST HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DOCUSIGN, INC.,<br><br>Defendant. | Civil Action No. 2:11-cv-299-JRG<br>(Member Case) |
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED and ECHOSIGN, INC.<br><br>Defendants. | Civil Action No. 2:11-cv-325-JRG<br>(Member Case) |

## ORDER

Pursuant to the Dismissal of Issues submitted by Plaintiffs RPost Holdings, Inc., RPost Communications Limited, and RMail Limited (collectively "RPost") stating (1) that RPost will not present evidence at trial regarding indirect infringement against Defendant Docusign, Inc. and Defendants Adobe Systems Incorporated and Echosign, Inc. (collectively "Adobe") and (2) that RPost will not present evidence of infringement of U.S. Patent No. 7,865,557 against Adobe, the Court dismisses these issues with prejudice as to Civil Actions 2:11-cv-299 and 2:11-cv-325 only.  IT IS SO ORDERED.

So Ordered and Signed on this

**Jul 30, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE